DANIEL L. ROBINSON, *Plaintiff in Error,* v. FIRST CONGRE-
GATIONAL SOCIETY OF TAMPA, *Defendant in Error.*

Opinion filed May 30, 1919.

A Writ of Error to a Judgment of the Circuit Court
within and for the County of Hillsborough; F. M. Robles,
Judge.

*W. D. Sheffield* and *Andrews & Williams,* for Plaintiff
in Error.

*McMullen & Petteway,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the
Court at a former term thereof upon the transcript of the
record of the judgment aforesaid and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

All concur.